PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Thomas Carl Steinhofer**

**Docket No. 0:00CR00283-1(ADM)**

**Petition on Supervised Release**

COMES NOW **Elizabeth E. Peters**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Thomas Carl Steinhofer** who was sentenced on April 19, 2001, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstinence from alcohol and other intoxicants
No frequenting of establishments where alcohol is sold
Mandatory drug testing
No firearms or other dangerous weapons
Drug/alcohol aftercare, including testing (modification of September 8, 2003)
Home detention which may include electronic monitoring (modification of March 12, 2004)
Community corrections center placement (modification of April 12, 2004)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On November 5, 2004, the defendant tested positive for THC, the active ingredient in marijuana. This is his fourth positive test result.

SCANNED
DEC 7 2004
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 7th day of December, 2004 , and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

Respectfully,

Elizabeth E. Peters by DML

Elizabeth E. Peters
U.S. Probation Officer

Place Minneapolis
Date December 6, 2004