AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-283 (1) ADM

Thomas Carl Steinhofer

Thomas Carl Steinhofer

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

---

Place: **Courtroom 8E**
**300 S. Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge J. Earl Cudd**

On: **December 21, 2004 at 11:00 a.m.**

---

To answer a(n) Order from the Court.

Jackie Mehl
Jackie Mehl, Deputy Clerk

Dated: December 7, 2004