UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-283(ADM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| THOMAS CARL STEINHOFER, | ) | |
| | ) | |
| Defendant. | ) | |

The above-referenced criminal case has been reassigned as follows:

| Criminal No. | Defendant Name | Remove AUSA | Add AUSA |
|---|---|---|---|
| 00-283(ADM) | Thomas C. Steinhofer | Clifford B. Wardlaw | Joseph T. Walbran |

Dated: 12/8/04

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ Paul A. Murphy

PAUL A. MURPHY
Assistant United States Attorney