AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 00-283 (1) ADM

Thomas Carl Steinhofer

Thomas Carl Steinhofer

DEC 8 9 25 AM '04

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 S. Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge J. Earl Cudd**

On: **December 21, 2004 at 11:00 a.m.**

To answer a(n) Order from the Court.

Jackie Mehl, Deputy Clerk

Dated: December 7, 2004

RECEIVED
04 DEC 20 PM 1:00
CLERK, U.S. DIST. COURT
MINNEAPOLIS

DEC 2 0 2004

DC Modified 04/09/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] FRANK E. KRUCHTEN Date: 12/14/04

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: 801 11 AVE E. # 205 SARTELL, MN. 56377

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: __________

☐ Returned unexecuted: __________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 12/14/04
Date

AL GARBER
Name of United States Marshal

F.E. Kruchten 3108
(by) Deputy United States Marshal

Remarks:

1 DUSM, 4 HOURS 188 MILES

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure