**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA, Plaintiff,

v.

**Thomas Carl Steinhofer (01)**, Defendant.

COURTROOM MINUTES - CRIMINAL
BEFORE:J. Earl Cudd
U.S. Magistrate Judge

Case No: CR 00-283-01 ADM
Date: December 21, 2004
Court Reporter: None
Tape Number: Not taped
Time Commenced: 1:30 p.m.
Time Concluded: 1:40 p.m.
Time in Court: 10 Minutes

APPEARANCES:

**Plaintiff:** Joseph Walbran
Assistant U.S. Attorney

**Defendant:** Virginia Villa
T FPD 9 CJA 9 Retained T To be appointed

Interpreter: NA // English

Date Charges Filed: December 7, 2004 Offense: 4th positive test for THC

T Charges read into record 9 Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T Supervised Release

9 **Charges from other District** ______________________________
9 Government moves for detention.
Motion is: 9 granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

**Bond is continued.**

Next appearance date is January 4, 2005 at 11:00 a.m. before Judge Ann D. Montgomery for:

9 detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T final revocation hrg

9 Detention hearing waived 9 Preliminary hearing waived 9 Removal hearing waived
9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Joan Flood
Signature of Judicial Assistant