**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

THOMAS CARL STEINHOFER,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

Case No: 00-283(ADM/AJB) 1
Date: January 4, 2005
Court Reporter: Tim Willette
Time Commenced: 11:00 a.m.
Time Concluded: 11:30 a.m.
Time in Court: 30 Minutes

## APPEARANCES:

Plaintiff: Joe Walbran, Assistant U.S. Attorney
Defendant: Daniel Scott, Federal Public Defender

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives his right to an evidentiary hearing.

## IT IS HEREBY ORDERED:

Defendant is sentenced to: 90 days in a community corrections center, specifically the Benton County Jail with work release privileges. Defendant is allowed voluntary surrender as notified.

s/Gertie Simon
Courtroom Deputy