USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

Amended no action required by USMS

# United States District Court

**District of Minnesota**

2005 JAN 14 P 1:16

UNITED STATES OF AMERICA
v.
**THOMAS CARL STEINHOFER**

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-283(ADM/RLE)**
USM Number: **09660041**
Social Security Number: **9215**
Date of Birth: **1959**

RECEIVED
U.S. MARSHAL
ST. PAUL MINN.

**Daniel Scott**
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of condition of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date of Violation |
|---|---|---|
| Mandatory Condition | Defendant tested positive for THC | 11/5/04 |

RECEIVED
05 FEB -3 PM 3:15
CLERK

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**January 4, 2005**
Date of Imposition of Judgment

s/Ann D. Montgomery
Signature of Judge

**ANN D. MONTGOMERY**, United States District Judge
Name & Title of Judge

**January 12, 2005**
Date

A true printed copy in 2 sheet(s) of the electronic record filed on 1-12-05, in the United States District Court for the District of Minnesota.
CERTIFIED, 1-13, 2005.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
FEB - 3 2005
U.S. DISTRICT COURT MPLS

DEFENDANT: THOMAS CARL STEINHOFER
CASE NUMBER: 00-283(ADM)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **90 days in a community correction facility with work release, mental health and chemical dependency treatment privileges.**

**Defendant shall continue on supervised release until his original expiration date.**

[X] The court makes the following recommendations to the Bureau of Prisons:
**It is recommended that the defendant be incarcerated at the Benton County Jail.**

[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ____________________

at ____________________, with a certified copy of this judgment.

By ____________________
Deputy United States Marshal